

# THE THIRTEENTH COURT OF APPEALS

---

13-21-00304-CV

---

John Doe
v.
Melissa Smith and Jose Garcia

---

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. C-1390-21-D

---

## JUDGMENT

This Court's judgment issued on June 30, 2022, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be set aside and the cause remanded to the trial court. The Court orders the judgment of the trial court SET ASIDE and REMANDED for further proceedings consistent with its opinion on rehearing. Each party shall bear their own costs.

We further order this decision certified below for observance.

August 11, 2022